IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00063-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **ORDER** |
| JAMES PATTERSON, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion for Modification of Conditions of Probation. (Doc. No. 23) ("Motion"). For the reasons stated in the Motion, the Court will **GRANT** the Motion.

**IT IS THEREFORE ORDERED** that the Defendant may leave his home and go into the immediate confines of his property.

**SO ORDERED.**

Signed: July 11, 2022

Kenneth D. Bell
United States District Judge